IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEONA VICTORS (EMENYONU), ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-07-2282 |
| | * | |
| WENDY A. KRONMILLER, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying Memorandum, it is, this 8th day of April 2009

ORDERED

1. Counts One and Two are dismissed as to defendant Sadler;

2. The motion for summary judgment filed by defendant Sadler is granted, and judgment is entered in favor of Sadler against plaintiffs;

3. The motion for summary judgment filed by defendants Kronmiller, Shannon, and Wessely is granted, and judgment is entered in favor of Kronmiller, Shannon, and Wessely against plaintiffs;

4. The motion to alter or amend judgment and strike plaintiffs' surreply, filed by defendants Kronmiller, Shannon, and Wessely, is denied as moot; and

5. Counts Five through Seven are dismissed pursuant to 28 U.S.C. § 1367(c)(3), without prejudice to be refiled in state court.

                                       s/
                                       J. Frederick Motz

United States District Judge